STATE OF NEW JERSEY v. JOHN LEWIS.

January 10, 1989.

Petition for certification granted. (See 227 *N.J.Super.* 593)

STATE OF NEW JERSEY v. RODRIGO CARO CLAVIJO.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MAIA WOJCIECHOWSKA.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER DIPASQUALE.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN CLEMMONS.

January 10, 1989.

Petition for certification denied.